


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 3, 2022

**BY EMAIL**

The Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. John Hanick, a/k/a "Jack Hanick,"</u>
             21 Cr. 676

Dear Judge Parker:

    On November 4, 2021, John Hanick, a/k/a "Jack Hanick," was charged in the above-referenced sealed indictment, and a warrant was subsequently issued for his arrest. Hanick has been arrested in London and is awaiting extradition to the United States. We are hereby writing to request that Your Honor enter an order unsealing the indictment against Hanick.

                                        Respectfully submitted,

                                        DAMIAN WILLIAMS
                                        United States Attorney

                       By:    */s/ Thane Rehn*
                                        Thane Rehn
                                        Jessica Greenwood
                                        Assistant United States Attorneys
                                        (212) 637-2354/1090

SO ORDERED:

*/s/ Katharine H. Parker*

The Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
            **03/03/2022**