UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

    - v. -

KONSTANTIN MALOFEYEV,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

GOVERNMENT'S
FORFEITURE BILL
OF PARTICULARS

S1 21 Cr. 676 (LAK)

Pursuant to *United States* v. *Grammatikos*, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the offenses described in Counts One and Two of Superseding Indictment S1 21 Cr. 676 (LAK) against defendant KONSTANTIN MALOFEYEV, and as alleged in the forfeiture allegation and/or substitute asset provision therein, includes the following:

    i)    $5,379,876.94 formerly on deposit in Sunflower Bank N.A., account number 1101996560 held in the name of "OFAC Blocked Account Malofeyev"

Dated: New York, New York
         June 15, 2022

                                  Respectfully Submitted,

                                  DAMIAN WILLIAMS
                                United States Attorney

            By:     */s/ Thane Rehn*
                                Thane Rehn
                                Assistant United States Attorney
                                Telephone: (212) 637-2354