

March 3, 2025

The Honorable Lewis A. Kaplan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   **United States v. John Hanick**
      **21-Cr-676-LAK**

Your Honor:

John Hanick is scheduled to be sentenced by Your Honor on March 26, 2025, following his guilty plea to a three-count felony information, charging him with conspiracy and substantive counts related to violations of the International Emergency Economic Powers Act (IEEPA), in violation of 50 U.S.C. § 1705. I write with the consent of the government to seek a sixty-day adjournment of sentencing.

Mr. Hanick and his wife and their school-age son live in London. Arrangements have to be made to travel to New York for sentencing and they, for understandable reasons, wish not to have to take their son out of school. Their son is not in school at the end of May. Furthermore, I am still in the process of obtaining medical and mental health records that I believe will be important for the Court to consider at sentencing. The fact that the records are part of the British healthcare system makes their retrieval more time-consuming.

Accordingly, I respectfully request that Mr. Hanick's sentencing be adjourned to the end of May, ideally between May 26-30. This represents the first such request, and, as noted, the government consents.[1]

Thank you for the Court's consideration.

Sincerely,

/s/

Florian Miedel
*Counsel for John Hanick*

Cc:   Government Attorneys

---

[1] [redacted]

Miedel & Mysliwiec LLP
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com